## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD, | |
| Plaintiff, | Case No. 6:21-cv-00165-ADA |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | |
| Defendant. | |

### CASE READINESS STATUS REPORT

Pursuant to the Court's Standing Order Regarding Notice of Readiness for Scheduling Conference in Patent Cases dated November 19, 2020, Plaintiff CPC Patent Technologies Pty Ltd. ("CPC") and Defendant Apple Inc. ("Apple"), (collectively, the "parties"), hereby provide this report in advance of the initial Case Management Conference ("CMC").

### FILING AND EXTENSIONS

CPC's Complaint was filed on February 23, 2021.  Dkt. 1.  The parties agreed to one extension for Apple to file an answer or otherwise respond to CPC's Complaint for a total of 45 days (filed on March 19, 2021, Dkt. 18, granted on March 22, 2021, Dkt. 20).

### RESPONSE TO THE COMPLAINT

On May 6, 2021, Apple responded to CPC's Complaint by filing a Motion to Dismiss.  Dkt. 23.  Apple has not answered or counterclaimed.

### PENDING MOTIONS

Two motions are currently pending:

(1) Defendant Apple Inc.'s Motion to Transfer Venue to The Northern District Of

California, filed on May 4, 2021.  Dkt. 22;

(2) Apple Inc.'s Motion to Dismiss Complaint Pursuant to Rule 12(b)(6).  Dkt. 23.

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following related case is pending in this Judicial District:

- *CPC Patent Technologies Pty Ltd. v. HMD Global Oy*, No. 6:21-cv-00166.

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or PGR filings at this time.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

CPC has asserted three patents and a total of twenty-five claims.

CPC has not yet served its Preliminary Infringement Contentions.

## APPOINTMENT OF TECHNICAL ADVISER

At this time, the parties do not request a technical adviser to be appointed to the case to

assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant met and conferred.  The parties identified the following pre-

*Markman* issues to raise at the CMC:

- Venue discovery has opened with the filing of Apple's Transfer Motion.  The parties are negotiating the scope and timing of venue discovery.  The parties have discussed completing discovery within three months, or sooner to the extent possible, which will depend on the ability of the parties to negotiate a reasonable scope for their venue discovery.

- Apple will seek permission from the Court to commence pre-*Markman* discovery of foreign parties located in Australia, Hong Kong, and the United Kingdom.  This discovery relates to, among other issues, the ownership of the asserted patents and CPC's standing to file suit.  For the foreign entities affiliated with CPC, CPC has indicated that it may be able to accept service of certain subpoenas and generally facilitate discovery.  However, to the extent it is necessary for Apple to serve subpoenas via the Hague Convention or seek alternative means for service, as will certainly be the case at least for the foreign entities that are not affiliated with CPC,

pre-*Markman* discovery is necessary.  CPC has indicated that it does not oppose Apple's request to commence this pre-*Markman* foreign discovery.  CPC has invited Apple to identify the individuals/entities upon whom it intends to conduct foreign discovery so that it may confirm whether service is necessary.

Dated: <u>May 27, 2021</u>

Respectfully submitted,

/s/ *Stewart Mesher*
Stewart Mesher
Texas State Bar No. 24032738
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6841
Fax: (512) 482-6859
Stewart.Mesher@klgates.com

Elizabeth A. Gilman
Texas State Bar No. 24069265
**K&L GATES LLP**
1000 Main Street, Suite #2550
Houston, TX 77002
Tel.: (713) 815-7327
Fax: (713) 815-7301
Beth.Gilman@klgates.com

James A. Shimota
(admitted *pro hac vice*)
Illinois State Bar No. 6270603
George C. Summerfield
(admitted *pro hac vice*)
Michigan State Bar No. P40644
Dhohyung Kim
(admitted *pro hac vice*)
Illinois State Bar No. 6336174
**K&L GATES LLP**
70 W. Madison Street, Suite #3300
Chicago, IL 60602
Tel.: (312) 807-4299
Fax: (312) 827-8000
Jim.Shimota@klgates.com
George.Summerfield@klgates.com
DK.Kim@klgates.com

**ATTORNEYS FOR CPC PATENT TECHNOLOGIES PTY LTD.**

Date: May 27, 2021

Respectfully submitted,

*/s/ Seth M. Sproul*

Seth M. Sproul (admitted *Pro Hac Vice*)
CA Bar No. 217711
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099
sproul@fr.com
jyang@fr.com

Benjamin C. Elacqua
TX Bar No. 24055443
Anthony Van Nguyen (admitted *Pro Hac Vice*)
TX Bar No. 24083565
Kathryn Quisenberry
TX Bar No. 24105639
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 90067
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109
elacqua@fr.com
nguyen@fr.com
quisenberry@fr.com

Joy B. Kete (admitted *Pro Hac Vice*)
MA Bar No. 694323
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906
kete@fr.com

Betty H. Chen
TX Bar No. 24056720
FISH & RICHARDSON P.C.
500 Arguello St.
Redwood City, CA 94063

Telephone: (650) 839-5070
Facsimile:  (650) 839-5071
bchen@fr.com

J. Stephen Ravel
TX Bar No. 16584975
Kelly Ransom
TX Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

*Attorneys for Apple Inc.*