**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., | |
| Plaintiff, | Case No. 6:21-cv-00165-ADA |
| v. | |
| APPLE INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

**APPLE INC.'S SECOND STATUS REPORT PURSUANT TO SECOND AMENDED**
**STANDING ORDER REGARDING MOTIONS FOR INTER-DISTRICT TRANSFER**

On May 4, 2021 Defendant Apple Inc. ("Apple") filed a Motion to Change Venue, Inter-District (Dkt. 22). That motion became fully briefed and ready for resolution with the filing of Apple's Reply on August 18, 2021 (Dkt. 32). On August 23, 2021, Apple filed its First Status Report notifying the court the Transfer Motion was fully briefed and ready for resolution (Dkt. 33). The Markman hearing in this case is set on January 19, 2022, 33 days from the filing of this second status report.

Date: December 17, 2021

Respectfully submitted,

/s/ Seth M. Sproul
Seth M. Sproul (admitted *Pro Hac Vice*)
CA Bar No. 217711
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099
sproul@fr.com

Benjamin C. Elacqua
TX Bar No. 24055443
Tony Nguyen
TX Bar No. 24083565
Kathryn Quisenberry
TX Bar No. 24105639
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 90067
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109
elacqua@fr.com
nguyen@fr.com
quisenberry@fr.com

Joy B. Kete (admitted *Pro Hac Vice*)
MA Bar No. 694323
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906
kete@fr.com

Betty H. Chen
TX Bar No. 24056720
FISH & RICHARDSON P.C.
500 Arguello St.
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071
bchen@fr.com

Eda Stark
Massachusetts Bar No. 703974

FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
stark@fr.com

J. Stephen Ravel
TX Bar No. 16584975
Kelly Ransom
TX Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, TX 78701
Telephone: (512) 495-6429
steve.ravel@kellyhart.com
kelly.ransom@kellyhart.com

*Attorneys for Apple Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 17, 2021, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system:

*/s/ Seth M. Sproul*
Seth M. Sproul