UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 6:21-cv-00165-ADA <br><br> **JURY TRIAL DEMANDED** |

**APPLE INC.'S THIRD STATUS REPORT PURSUANT TO SECOND AMENDED STANDING ORDER REGARDING MOTIONS FOR INTER-DISTRICT TRANSFER**

On May 4, 2021, Defendant Apple Inc. ("Apple") filed a Motion to Change Venue, Inter-District (Dkt. 22). That motion became fully briefed and ready for resolution with the filing of Apple's Reply on August 18, 2021 (Dkt. 32). On August 23, 2021, Apple filed its First Status Report notifying the court the Transfer Motion was fully briefed and ready for resolution (Dkt. 33). On December 17, 2021, Apple filed its Second Status Report notifying the court the Transfer Motion was fully briefed and ready for resolution (Dkt. 51). The Markman hearing in this case is set on February 10, 2022, one week from the filing of this third status report.

Dated: February 3, 2022

Respectfully submitted,

/s/ Kathryn Quisenberry
Seth M. Sproul (admitted *Pro Hac Vice*)
CA Bar No. 217711
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
sproul@fr.com

Benjamin C. Elacqua
TX Bar No. 24055443
Tony Nguyen
TX Bar No. 24083565
Kathryn Quisenberry
TX Bar No. 24105639
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 90067
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
elacqua@fr.com
nguyen@fr.com
quisenberry@fr.com

Joy B. Kete (admitted *Pro Hac Vice*)
MA Bar No. 694323
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
kete@fr.com

Betty H. Chen
TX Bar No. 24056720
FISH & RICHARDSON P.C.
500 Arguello St.
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
bchen@fr.com

>Eda Stark
>Massachusetts Bar No. 703974
>FISH & RICHARDSON P.C.
>1180 Peachtree Street NE, 21st Floor
>Atlanta, GA 30309
>Telephone: (404) 892-5005
>stark@fr.com
>
>J. Stephen Ravel
>Texas State Bar No. 16584975
>Kelly Ransom
>Texas State Bar No. 24109427
>KELLY HART & HALLMAN LLP
>303 Colorado, Suite 2000
>Austin, Texas 78701
>Telephone: (512) 495-6429
>Email: steve.ravel@kellyhart.com
>Email: kelly.ransom@kellyhart.com
>
>*Attorneys for Apple Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on February 3, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system:

>*/s/ Kathryn Quisenberry*
>Kathryn Quisenberry

3