# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CPC PATENT TECHNOLOGIES PTY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 6:21-cv-00165-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given of the entry of the undersigned as additional counsel for Defendant Apple Inc. ("Apple") in the above-entitled action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Bethany Stevens (*Pro Hac Vice* filed*)*
> Hannah L. Cannom (*Pro Hac Vice* filed*)*
> WALKER STEVENS CANNOM LLP
> 500 Molino Street, Suite 118
> Los Angeles, CA 90013
> Telephone: (213) 712-9145
> Facsimile: (213) 403-4906
> Email:  bstevens@wscllp.com
> Email:  hcannom@wscllp.com

Dated: February 4, 2022

Eda Stark
FISH & RICHARDSON P.C.
1180 Peachtree St N.E.
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002
Email: stark@fr.com

Anthony Van Nguyen
Benjamin C. Elacqua
Kathryn A. Quisenberry
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109
Email: nguyen@fr.com
Email: bce@fr.com
Email: quisenberry@fr.com

Geuneul Yang (*pro hac vice*)
Seth M. Sproul (*pro hac vice*)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: jyang@fr.com
Email: sproul@fr.com

Joy B. Kete
FISH & RICHARDSON P.C.
One Marina Park
Boston, MA 02210
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: kete@fr.com

Betty H. Chen
FISH & RICHARDSON PC
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: 512/320-8935
Email: bchen@fr.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Telephone: (512) 495-6429
Facsimile: (512) 495-6401
Email: steve.ravel@kellyhart.com
Email: kelly.ransom@kellyhart.com

*Attorneys for Defendant Apple Inc.*

Bethany Stevens (*Pro Hac Vice* filed)
Hannah L. Cannom (*Pro Hac Vice* filed)
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
Telephone: (213) 712-9145
Facsimile: (213) 403-4906
Email:  bstevens@wscllp.com
Email:  hcannom@wscllp.com

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on February 4, 2022.

>                              */s/ J. Stephen Ravel*
>                              J. Stephen Ravel